UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ENRIQUE DIAZ, | No. 2:15-cv-2083 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| ASSOCIATE WARDEN HURLEY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se, housed at the California Medical Facility. On March 27, 2018, this action was dismissed, and judgment was entered. On July 1, 2019, plaintiff filed a motion for emergency temporary restraining order and for preliminary injunction. Such motion is more appropriately filed in a new action. Plaintiff, who is prescribed psychotropic medications, alleges that since May of 2019, and specifically on June 12, 2019, he has been denied ice on days where the temperature exceeds 90 degrees, as required under Coleman v. Plata, No. 2:90-cv-0520 KJM DB (E.D. Cal.), in retaliation for plaintiff's litigation activity. The Clerk of the Court is directed to file plaintiff's motion in a new civil rights action.

That said, in order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a). Therefore, plaintiff is provided the opportunity to file his complaint, and to

submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee in the newly-opened case.

Finally, in light of plaintiff's serious allegations, the court requests that by July 9, 2019, Supervising Deputy Attorney General Monica N. Anderson advise the court, in the newly-opened case, whether plaintiff is receiving ice on days the temperature exceed 90 degrees.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to:

   A. Remove plaintiff's motion (ECF No. 62) from this action and file it as a new civil rights action; the new action shall be direct-assigned to the Honorable Kimberly J. Mueller and the undersigned;

   B. Enter the new case number here:   2:19-cv-1241 KJM KJN P

   C. File a copy of the instant order in the new action; and

   D. Send plaintiff the court's form for filing a civil rights action, and the application to proceed in forma pauperis by a prisoner; and

   E. Send a copy of the instant order to Monica Anderson, Supervising Deputy Attorney General, 1300 I Street, Suite 125, Sacramento, CA  95814; and

2. In such new action, plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number for the newly-opened case; plaintiff must file an original and one copy of the complaint.  Plaintiff shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $400.00.[1]  Plaintiff's failure to comply with such order will result in a recommendation that the newly-opened case be dismissed;

////

---

[1] The $400.00 is comprised of the $350.00 filing fee and a $50.00 administrative fee.  If plaintiff is granted leave to proceed in forma pauperis, plaintiff is not required to pay the $50.00 administrative fee.

2

3.  By July 9, 2019, Supervising Deputy Attorney General Monica Anderson is requested to inform the court, in the newly-opened action, whether plaintiff is receiving ice on days when the temperature exceeds 90 degrees.

Dated:  July 3, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/diaz2083.new