UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ENRIQUE DIAZ,<br><br>Plaintiff,<br><br>v.<br><br>ASSOCIATE WARDEN HURLEY, et al.,<br><br>Defendants. | No.   2:19-cv-1241 KJM KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel. On November 30, 2020, the undersigned granted plaintiff an additional thirty days in which to file his amended complaint using the court's form. That same day, plaintiff filed two documents, one entitled "1st Amended Complaint," and another entitled, "Status of Completing the 1st Amended Complaint," in which he notifies the court that the first amended complaint is not complete, and seeks an additional extension, until December 30, 2020, to file the amended pleading. (ECF Nos. 43, 44.)

First, plaintiff is advised that he is not required to file status reports with the court.

Second, plaintiff's request for extension crossed in the mail with the court's order granting plaintiff an extension. Thus, plaintiff's request for an additional extension is denied as moot.

Third, as plaintiff informed the court, the filing entitled first amended complaint (ECF No. 43) is not complete. Plaintiff may not file his pleading in stages; rather, he must file one, complete pleading. Therefore, the filing is stricken.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's document styled, "Status. . ." (ECF No. 44) is construed as a motion for extension and is denied as moot.

2. Plaintiff's document entitled "1st Amended Complaint" (ECF No. 43) is incomplete and therefore stricken.

3. Plaintiff shall file his complete amended complaint pursuant to the court's November 30, 2020 (ECF No. 42) order.

Dated:  December 7, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/diaz1241.den2

2