UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL DIAZ,<br><br>    Plaintiff,<br><br>    v.<br><br>HURLEY, et al.,<br><br>    Defendants. | No. 2:19-cv-1241 KJM KJN P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se, in an action brought under 42 U.S.C. § 1983. On March 22, 2021, plaintiff filed a motion for temporary restraining order and preliminary injunction. Plaintiff states that he is an insulin-dependent diabetic who has previously suffered amputations, as well as multiple medical emergencies due to low blood sugar levels. Plaintiff alleges, *inter alia*, that Correctional Officer Sawyer took all of plaintiff's food from his cell. Plaintiff repeatedly asked Correctional Officers Sawyer and Campbell to return plaintiff's food, informing them that plaintiff could "die due to a diabetic coma," if his food was not returned. (ECF No. 51 at 2.) Despite his repeated requests, plaintiff's food has not been returned. The court requests that Supervising Deputy Attorney General Monica N. Anderson respond to plaintiff's motion within fourteen days.

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen days from the date of this order, the court requests that Supervising Deputy Attorney General Monica N. Anderson file a response to plaintiff's motion (ECF No. 51).

2. The Clerk of the Court shall serve a copy of this order and plaintiff's motion (ECF No. 51) on Supervising Deputy Attorney General Monica N. Anderson.

Dated:  March 23, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/diaz1241.tro.pi.fb