# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

**MIGUEL ENRIQUE DIAZ,**

CASE NO: **2:19–CV–01241–KJM–KJN**

v.

**HURLEY, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/18/2022**

                                      **Keith Holland**
                                      Clerk of Court

ENTERED: **August 22, 2022**

                              by: /s/ C. Perdue
                                    Deputy Clerk